# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1012**

**CAF 12-01062**

PRESENT: SMITH, J.P., FAHEY, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF STARR L. ROSHIA,
PETITIONER-RESPONDENT,

V                                            MEMORANDUM AND ORDER

CHRISTOPHER J. THIEL, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

JENNIFER M. LORENZ, LANCASTER, FOR RESPONDENT-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (KRISTEN M. MARICLE OF COUNSEL), FOR PETITIONER-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered May 16, 2012 in a proceeding pursuant to Family Court Act article 4. The order confirmed the finding of the Support Magistrate that respondent willfully failed to obey an order of the Court.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Roshia v Thiel* ([appeal No. 1] ___ AD3d ___ [Oct. 4, 2013).

Entered:  October 4, 2013                    Frances E. Cafarell
                                             Clerk of the Court